*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   October 29, 2015                    D-70-15
_____

In the Matter of MICHAEL G.
    BOUCHARD, a Suspended
    Attorney.

COMMITTEE ON PROFESSIONAL                    MEMORANDUM AND ORDER

    STANDARDS,
                        Petitioner;

MICHAEL G. BOUCHARD,
                        Respondent.

(Attorney Registration No. 2180172)
_____


Calendar Date:   October 13, 2015

Before:   McCarthy, J.P., Garry, Rose, Lynch and Clark, JJ.


_____


        Monica A. Duffy, Committee on Professional Standards,
Albany (Alison M. Coan of counsel), for petitioner.

        The Law Offices of Nathaniel Z. Marmur, PLLC, New York City
(Nathaniel Z. Marmur of counsel), for respondent.


_____


Per Curiam.

        Respondent was admitted to practice by this Court in 1988.
He formerly maintained an office for the practice of law in the
City of Albany.

        On November 30, 2012, respondent was convicted by a jury in
the United States District Court for the Northern District of New
York of four felonies, including counts of conspiracy to defraud

and filing false statements in violation of 18 USC §§ 371 and 1014, respectively.  The convictions all arose out of respondent's role in a scheme to defraud financial institutions, which involved the submission of falsified mortgage closing documentation to the Department of Housing and Urban Development. On May 2, 2013, upon petitioner's motion, this Court suspended respondent on an interim basis pursuant to Judiciary Law § 90 (4) (f) based upon his conviction of serious crimes as defined in Judiciary Law § 90 (4) (d) (106 AD3d 1187 [2013]).  In October 2014, respondent was sentenced in District Court to, among other things, concurrent prison terms of 48 months.

Inasmuch as this matter is now ripe for a final order of discipline (see Judiciary Law § 90 [4] [g]), we grant petitioner's uncontested motion for such relief and conclude that, in light of respondent's convictions of serious crimes and the underlying professional misconduct, he should be disbarred (see Matter of Mueller, 131 AD3d 762, 762 [2015]; Matter of Briggs, 120 AD3d 1522, 1523 [2014]; see also Matter of Marshall, 58 AD3d 1066, 1066-1067 [2009]).

McCarthy, J.P., Garry, Rose, Lynch and Clark, JJ., concur.

ORDERED that petitioner's motion is granted; and it is further

ORDERED that respondent is disbarred and his name is stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately; and it is further

ORDERED that respondent is commanded to desist and refrain from the practice of law in any form, either as principal or as agent, clerk or employee of another; and respondent is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority or give to another an opinion as to the law or its application, or any advice in relation thereto; and it is further

ORDERED that respondent shall comply with the provisions of this Court's rules regulating the conduct of disbarred attorneys (see Rules of App Div, 3d Dept [22 NYCRR] § 806.9).


ENTER:

Robert D. Mayberger
Clerk of the Court